■ In the Matter of DAMIEN W. and Another, Infants. ORLEANS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KENNETH O., Appellant. [967 NYS2d 863]—Appeal from an order of the Family Court, Orleans County (James P. Punch, J.), entered December 7, 2011 in a proceeding pursuant to Family Court Act

article 10. The order, inter alia, determined that respondent had neglected the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.